# EXHIBIT A

NINETEENTH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

| | |
|---|---|
| JAMES BULLMAN, KIRK GREEN, STEPHEN HANDWERK, DARRYL MALEK-WILEY, AMBER ROBINSON, and POOJA PRAZID,<br><br>        Plaintiffs,<br><br>  v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>        Defendant. | Civil Action No. C-716690<br><br>Div.: C      Sec.: 24 |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE LOUISIANA STATE CONFERENCE, POWER COALITION FOR EQUITY AND JUSTICE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, and CLEE EARNEST LOWE,<br><br>        Plaintiffs,<br><br>  v.<br><br>R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State,<br><br>        Defendant. | Civil Action No. C-716837<br>(consolidated with<br>Civil Action No. C-716690)<br><br>Div.: C      Sec.: 25 |

**STIPULATION REGARDING PARTY APPEARANCES AND LEGISLATIVE INTERVENTION**

MAY IT PLEASE THE COURT:

Plaintiffs James Bullman, Kirk Green, Stephen Handwerk, Darryl Malek-Wiley, Amber Robinson, and Pooja Prazid (the "*Bullman* Plaintiffs"); Plaintiffs National Association for the Advancement of Colored People Louisiana State Conference, Power Coalition for Equity and Justice, Dorothy Nairne, Edwin René Soulé, Alice Washington, and Clee Earnest Lowe (the "*NAACP* Plaintiffs"); Intervenor-Plaintiffs Michael Mislove, Lisa J, Fauci, Robert Lipton, and Nicholas Mattei (the "Math/Science Intervenors"); Defendant Louisiana Secretary of State R. Kyle Ardoin (the "Secretary"); and Proposed Intervenor-Defendants Speaker of the Louisiana House of Representatives Clay Schexnayder and President of the Louisiana Senate Patrick Page Cortez (the "Legislative Intervenors"), by and through their undersigned counsel, respectfully stipulate to the following issues.

Certified True and Correct Copy
CertID: 2022040100127

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
4/1/2022 8:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

*First*, on the issue of party appearances, all parties request the Court to allow the respective parties to be represented by their counsel without the need for in-person or video presence by any party, at any hearing or setting in the case, unless directed in advance by the Court or requested reasonably in advance by another party for purposes of providing testimony or on other reasonable grounds specified.

*Second*, Legislative Intervenors agree that they will not use or seek to use any provision of law that allows for a legislative continuance or any similar remedy or protection afforded specifically to legislators to postpone, delay, stay, or continue any hearing or conference or other setting in this matter.

*Third*, the parties do not object to Legislative Intervenors' intervention in this matter.

[SIGNATURE BLOCK ON NEXT PAGE]

**Certified True and Correct Copy**
CertID: 2022040100127

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
4/1/2022 8:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Dated: March 28, 2022

**ELIAS LAW GROUP LLP**

Abha Khanna*
Jonathan P. Hawley*
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
Phone: (206) 656-0177
Fax: (206) 656-0180
Email: akhanna@elias.law
Email: jhawley@elias.law

Lalitha D. Madduri**
Olivia N. Sedwick*
Jacob D. Shelly*
10 G Street NE, Suite 600
Washington, D.C. 20002
Phone: (202) 968-4518
Fax: (202) 968-4498
Email: lmadduri@elias.law
Email: osedwick@elias.law
Email: jshelly@elias.law

*Pro hac vice application pending
**Pro hac vice application forthcoming

Respectfully submitted,

___/s/ Darrel J. Papillion___
Darrel J. Papillion (Bar Roll No. 23243)
Renee Chabert Crasto (Bar Roll No. 31657)
Jennifer Wise Moroux (Bar Roll No. 31368)
**WALTERS, PAPILLION,
THOMAS, CULLENS, LLC**
12345 Perkins Road, Building One
Baton Rouge, Louisiana 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
Email: papillion@lawbr.net
Email: crasto@lawbr.net
Email: jmoroux@lawbr.net

*Counsel for the* Bullman *Plaintiffs*

- 3 -


**Certified True and Correct Copy**
CertID: 2022040100127


**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
4/1/2022 8:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

By: /s/John Adcock
John Adcock
Adcock Law LLC
L.A. Bar No. 30372
3110 Canal Street
New Orleans, LA 70119
Tel: (504) 233-3125
Fax: (504) 308-1266
jnadcock@gmail.com

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan*
Victoria Wenger*
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
laden@naacplef.org
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
vwenger@naacpldf.org

Robert A. Atkins*
Yahonnes Cleary *
Jonathan H. Hurwitz*
Daniel S. Sinnreich*
Amitav Chakraborty*
Adam P. Savitt*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue Of The Americas, New York, NY 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com
ycleary@paulweiss.com
jhurwitz@paulweiss.com
dsinnreich@paulweiss.com
achakraborty@paulweiss.com
asavitt@paulweiss.com

Nora Ahmed*
Megan E. Snider
LA. Bar No. 33382
ACLU Foundation of Louisiana
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628
nahmed@laaclu.org
msnider@laaclu.org

T. Alora Thomas*
Sophia Lin Lakin*
Samantha Osaki*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
athomas@aclu.org
slakin@aclu.org
sosaki@aclu.org

Tracie Washington
LA. Bar No. 25925
Louisiana Justice Institute
Suite 132
3157 Gentilly Blvd
New Orleans LA, 70122
Tel: (504) 872-9134
tracie.washington.esq@gmail.com

Sarah Brannon*
American Civil Liberties Union Foundation
915 15th St., NW
Washington, DC 20005
sbrannon@aclu.org

*Pro hac vice applications forthcoming

Counsel for the NAACP Plaintiffs

Certified True and Correct Copy
CertID: 2022040100127

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
4/1/2022 8:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

| | |
|---|---|
| **JENNER & BLOCK LLP** | **BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, L.L.C.** |
| Sam Hirsch* | _/s/Judy Y. Barrasso_ |
| Jessica Ring Amunson* | Judy Y. Barrasso (La. Bar No. 2814) |
| Alex S. Trepp** | Viviana Aldous (La. Bar No. 38653) |
| JENNER & BLOCK LLP | BARRASSO USDIN KUPPERMAN |
| 1099 New York Avenue, NW, Suite 900 |   FREEMAN &SARVER, L.L.C. |
| Washington, D.C. 20001 | 909 Poydras Street, Suite 2350 |
| (202) 639-600 | New Orleans, LA 70112 |
| shirsch@jenner.com | Tel: (504) 589-9700 |
| jamunson@jenner.com | Fax: (504) 589-9701 |
| atrepp@jenner.com | jbarrasso@barrassousdin.com |
| | valdous@barrassousdin.com |
| Keri L. Holleb Hotaling** | |
| Andrew J. Plague** | *Counsel for the Math/Science Intervenors* |
| JENNER & BLOCK LLP | |
| 353 North Clark Street | |
| Chicago, IL 60654 | |
| (312) 923-2975 | |
| khotaling@jenner.com | |
| aplague@jenner.com | |

*\* Pro hac vice application forthcoming*
*\*\*Pro hac vice application pending*

**Certified True and Correct Copy**
CertID: 2022040100127

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
4/1/2022 8:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

|     |                                                     |
| --- | --------------------------------------------------- |
|     | JEFF LANDRY                                         |
|     | ATTORNEY GENERAL                                    |
|     |                                                     |
| BY: | /s/ Jeffrey M. Wale                                 |
|     | Carey T. Jones (LSBA #07474)                        |
|     | Angelique Duhon Freel (LSBA #28561)                 |
|     | Jeffrey M. Wale (LSBA #36070)                       |
|     | Lauryn A. Sudduth (LSBA #37945)                     |
|     | Assistant Attorneys General                         |
|     | Louisiana Department of Justice, Civil Division     |
|     | P.O. Box 94005                                      |
|     | Baton Rouge, LA 70802                               |
|     | Telephone: (225) 326-6060                           |
|     | Facsimile: (225) 326-6098                           |
|     | Email: jonescar@ag.louisiana.gov                    |
|     |        freela@ag.louisiana.gov                      |
|     |        walej@ag.louisiana.gov                       |
|     |        sudduthl@ag.louisiana.gov                    |
|     |                                                     |
|     | Jennifer O. Bollinger (LSBA # 32349)                |
|     | P.O. Box 94125                                      |
|     | Baton Rouge, LA 70804-9125                          |
|     | Telephone: 225-922-2880                             |
|     | Fax: 225-922-2003                                   |
|     | Email: jennifer.bollinger@sos.la.gov                |
|     |                                                     |
|     | *Counsel for the Secretary of State*                |

- 6 -

Certified True and Correct Copy
CertID: 2022040100127

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
4/1/2022 8:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

E. Mark Braden*
Katherine L. McKnight*
Richard B. Raile*
**BAKERHOSTETLER LLP**
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036
(202) 861-1500
mbraden@bakerlaw.com
kmcknight@bakerlaw.com
rraile@bakerlaw.com

Patrick T. Lewis*
**BAKERHOSTETLER LLP**
127 Public Square, Ste. 2000
Cleveland, Ohio 44114
(216) 621-0200
plewis@bakerlaw.com

Erika Dackin Prouty*
**BAKERHOSTETLER LLP**
200 Civic Center Dr., Ste. 1200
Columbus, Ohio 43215
(614) 228-1541
eprouty@bakerlaw.com

* Pro hac vice motions to be filed

*/s/ Christina B. Peck*
Christina B. Peck, LA Bar No. 14302
Sheri M. Morris, LA Bar No. 20937
**DAIGLE, FISSE, & KESSENICH, PLC**
8900 Bluebonnet Boulevard
Baton Rouge, LA 70810
Phone: (225) 421-1800  Fax: (225) 421-1792
E-mail: CPeck@DaigleFisse.com
        SMorris@DaigleFisse.com

*Counsel for Legislative Intervenors, Clay Schexnayder, in his Official Capacity as Speaker of the Louisiana House of Representatives, and of Patrick Page Cortez, in his Official Capacity as President of the Louisiana Senate*


**Certified True and Correct Copy**
CertID: 2022040100127

**Doug Welborn**
East Baton Rouge Parish
Clerk of Court

Generated Date:
4/1/2022 8:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been electronically mailed this date to all known counsel of record on this 28th day of March, 2022.

                */s/ Darrel J. Papillion*
                Darrel J. Papillion

Certified True and Correct Copy
CertID: 2022040100127

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
4/1/2022 8:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# NINETEENTH JUDICIAL DISTRICT COURT

## PARISH OF EAST BATON ROUGE
## STATE OF LOUISIANA

| | |
|---|---|
| JAMES BULLMAN, KIRK GREEN, STEPHEN HANDWERK, DARRYL MALEK-WILEY, AMBER ROBINSON, and POOJA PRAZID, <br><br> Plaintiffs, <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State, <br><br> Defendant. | Civil Action No. C-716690 <br><br><br> Div.: C        Sec.: 24 |
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE LOUISIANA STATE CONFERENCE, POWER COALITION FOR EQUITY AND JUSTICE, DOROTHY NAIRNE, EDWIN RENÉ SOULÉ, ALICE WASHINGTON, and CLEE EARNEST LOWE, <br><br> Plaintiffs, <br><br> v. <br><br> R. KYLE ARDOIN, in his official capacity as Louisiana Secretary of State, <br><br> Defendant. | Civil Action No. C-716837 (consolidated with Civil Action No. C-716690) <br><br><br> Div.: C        Sec.: 25 |

## ORDER PURSUANT TO STIPULATION
## REGARDING PARTY APPEARANCES AND LEGISLATIVE INTERVENTION

CONSIDERING THE STIPULATION filed on behalf of Plaintiffs James Bullman, Kirk Green, Stephen Handwerk, Darryl Malek-Wiley, Amber Robinson, and Pooja Prazid (the "*Bullman* Plaintiffs"); Plaintiffs National Association for the Advancement of Colored People Louisiana State Conference, Power Coalition for Equity and Justice, Dorothy Nairne, Edwin René Soulé, Alice Washington, and Clee Earnest Lowe (the "*NAACP* Plaintiffs"); Intervenor-Plaintiffs Michael Mislove, Lisa J. Fauci, Robert Lipton, and Nicholas Mattei (the "Math/Science Intervenors"); Defendant Louisiana Secretary of State R. Kyle Ardoin (the "Secretary"); and Proposed Intervenor-Defendants Speaker of the Louisiana House of Representatives Clay Schexnayder and President of the Louisiana Senate Patrick Page Cortez (the "Legislative Intervenors"):

IT IS HEREBY ORDERED that the respective parties can be represented by their counsel without the need for the parties' in-person or video presence, at any hearing or setting in the case,

Certified True and Correct Copy
CertID: 2022040100127

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
4/1/2022 8:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

unless the party is needed for testimony or a specific reason or basis articulated, in advance, by the Court or another party.

IT IS FURTHER ORDERED that the request of Proposed Intervenor-Defendants Speaker of the Louisiana House of Representatives Clay Schexnayder and President of the Louisiana Senate Patrick Page Cortez is hereby GRANTED.

IT IS FURTHER ORDERED that the Court approves the terms of the parties' stipulation.

THUS DONE AND SIGNED, this **28** day of **March**, 2022, Baton Rouge, Louisiana.

_____
HONORABLE DONALD R. JOHNSON, 19ᵀᴴ JDC

**PLEASE PROVIDE NOTICE TO ALL PARTIES
PURSUANT TO LSA–CCP ART. 1913**

**I HEREBY CERTIFY THAT ON THIS DAY A COPY OF THE WRITTEN REASONS FOR JUDGMENT / JUDGMENT / ORDER / COMMISSIONER'S RECOMMENDATION WAS MAILED BY ME WITH SUFFICIENT POSTAGE AFFIXED.
SEE ATTACHED LETTER FOR LIST OF RECIPIENTS.**

**DONE AND MAILED ON APRIL 01, 2022**

_____
**DEPUTY CLERK OF COURT**

**Certified True and Correct Copy**
CertID: 2022040100127

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
4/1/2022 8:49 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).