UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD GALMON, SR., CIARA HART, NORRIS HENDERSON, AND TRAMELLE HOWARD, <br><br> *Plaintiffs*, <br><br> v. <br><br> R. KYLE ARDOIN, IN HIS OFFICIAL CAPACITY AS LOUISIANA SECRETARY OF STATE, <br><br> *Defendant*. | Civil Action No. 3:22-cv-00214 <br><br> Judge Brian A. Jackson <br><br> Magistrate Judge Richard L. Bourgeois, Jr. |

## **[PROPOSED] ORDER**

Upon consideration of the Speaker of the Louisiana House of Representatives, Clay Schexnayder, and President of the Louisiana Senate, Patrick Page Cortez, in their official capacities (collectively, the "Proposed Intervenors"), motion to intervene, and considering the grounds presented, it is hereby

ORDERED that the motion is GRANTED; and further

ORDERED that the Proposed Intervenors are permitted to participate in the above captioned matter as Intervenor-Defendants;

SO ORDERED.

This ____ day of _____ 2022.

_____
United States District Judge