## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF LOUISIANA

EDWARD GALMON, SR., CIARA
HART, NORRIS HENDERSON, and
TRAMELLE HOWARD

Plaintiffs,

v.

Case No.: 3:22-CV-00214-BAJ-RLB

KYLE ARDOIN, IN HIS OFFICIAL
CAPACITY AS LOUISIANA
SECRETARY OF STATE

Defendant

## ORDER

Upon consideration of the State of Louisiana's motion to intervene, and considering the grounds presented, it is hereby ORDERED that the motion is GRANTED; and further ORDERED that the Proposed Intervenors are permitted to participate in the above captioned matter as Intervenor-Defendants; SO ORDERED.

This ____ day of _____ 2022.


_____
United States District Judge